IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

REBECCA HOPEWELL                                                                                        PLAINTIFF

        v.                              Civil No. 2:14-cv-2122-MEF

CAROLYN COLVIN, Commissioner
Social Security Administration                                                                  DEFENDANT

## **J U D G M E N T**

For reasons stated in the memorandum opinion of this date, we hereby affirm the decision of the Commissioner and dismiss Plaintiff's case with prejudice.  **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 22nd day of June, 2015.

       /s/ *Mark E. Ford*
       HONORABLE MARK. E. FORD
       UNITED STATES MAGISTRATE JUDGE